# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MESSINA,<br><br>               Plaintiff(s),<br><br>v.<br><br>MALKIAT SINGH, et al.,<br><br>               Defendant(s). | Case No. 2:17-cv-01077-JAD-NJK<br><br>ORDER<br><br>(Docket No. 29) |

      Pending before the Court is Plaintiff's motion to compel the depositions of Defendants Singh and H Trucking to occur on September 11 and 12. Docket No. 29. Defendants represent that they will attend their depositions as scheduled. Docket No. 34. Accordingly, the motion to compel is **GRANTED** as unopposed, and Defendants Singh and H Trucking shall appear for their depositions on the dates noticed.

      IT IS SO ORDERED.

      DATED: September 6, 2017

                                                      _____
                                                      NANCY J. KOPPE
                                                       United States Magistrate Judge