# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MESSINA, | Case No. 2:17-cv-01077-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| MALKIAT SINGH, et al., | (Docket No. 35) |
| Defendant(s). | |

Pending before the Court is Defendants' motion for Rule 11 sanctions. Docket No. 35. The motion is defective. Most significantly, "[t]he motion must be served under Rule 5, but must not be filed or presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Fed. R. Civ. P. 11(c)(2). As the pending motion seeks sanctions arising out of Plaintiff's motion filed a week ago, it is clear that this 21-day period has not lapsed. Accordingly, the motion for sanctions is **DENIED** without prejudice.

The Court also takes this time to address the obviously deteriorating relationship between counsel. Attorneys are required to conduct themselves with professionalism and civility. *E.g.*, Local Rule 1-1(c). Indeed, the Federal Rules of Civil Procedure were recently amended in an effort to curb scorched earth litigation tactics, and to instead emphasize the importance of common sense cooperation among counsel. *See, e.g.*, *Nationstar Mortgage, LLC v. Flamingo Trails No. 7 Landscape Maintenance Assoc.*, 316 F.R.D. 327, 332 (D. Nev. 2016) (citing *Roberts v. Clark County School Dist.*, 312 F.R.D.

594, 603, 04 (D. Nev. 2016)).  The Court does not look favorably on personal attacks and vitriolic briefing.  **In accordance with their duties, the Court urges counsel to take a deep breath and reset their relationship.**

IT IS SO ORDERED.

DATED: September 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge