# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Victoria Messina, an individual, | 2:17-cv-01077-JAD-NJK |
| Plaintiff | |
| v. | Transfer Order |
| Malkiat Singh, an individual; H Trucking, LLC, a Washington Limited Liability Company, | |
| Defendants | |

For the reasons stated on the record at today's hearing on the Motion to Dismiss for Lack of Personal Jurisdiction, IT IS HEREBY ORDERED that this action (arising from a vehicle accident that occurred in Wickenburg, Arizona) is **TRANSFERRED to the District of Arizona under 28 U.S.C. § 1631 for want of jurisdiction**.

DATED: September 25, 2017

_____
Jennifer A. Dorsey
United States District Judge