# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Messina,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Malkiat Singh, *et al.*,<br><br>　　　　Defendants. | No. CV-17-03347-PHX-JJT<br><br>**ORDER** |

　　　　UPON review of the parties' Stipulation and Notice of Dismissal with Prejudice (Doc. 102), and good cause appearing,

　　　　IT IS ORDERED granting the Stipulation (Doc. 102). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

　　　　IT IS FURTHER ORDERED directing the Clerk to close this matter.

　　　　Dated this 21st day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge